UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jessica Marie Klegstad (Beske),

Petitioner,

v.

James Tadman, *Sheriff of Polk County, Minnesota*,

Respondent.

File No. 26-cv-3524 (ECT/DJF)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on August 26, 2026. ECF No. 10. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 10] is **ACCEPTED**;

2. Grounds one, two, and four of Petitioner Jessica Marie Klegstad's Petition for Writ of Habeas Corpus [ECF No. 1] are **DENIED without prejudice** for failure to prosecute; and

3. Petitioner Klegstad's Motion for an Order to Show Cause and for an Immediate Stay of Execution [ECF No. 3] is **DENIED without prejudice** as moot.

Dated: October 2, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court