UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jessica Marie Klegstad (Beske),

Petitioner,

v.

James Tadman, *Sheriff of Polk County, Minnesota*,

Respondent.

File No. 26-cv-3524 (ECT/DJF)

**ORDER ACCEPTING REPORT AND RECOMMENDATION AS TO GROUND THREE**

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on October 19, 2026, addressing ground three of Petitioner Jessica Marie Klegstad's Petition for Writ of Habeas Corpus. ECF No. 15. Judge Foster determined that the trial held in October 2026 in *State v. Beske*, No. 60-CR-24-766 (Minn. Dist. Ct.) mooted ground three of Ms. Klegstad's Petition, which sought relief on speedy-trial grounds. *See id.* at 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Under that standard, the R&R will be accepted on the basis that Ms. Klegstad's request to be brought to trial is now moot. To be clear, ground three is moot only because it requested Ms. Klegstad be brought to trial, and she's since stood trial. *See Swenson v. Wohlman*, No. 21-cv-0456, 2021 WL 2228460, at *2 (D. Minn. May 12, 2021), *R. & R. adopted*, 2021 WL 2228114 (D. Minn. June 2, 2021). Ms. Klegstad may still be able to request that her conviction be set aside on speedy-trial grounds. *See Swenson*, 2021 WL 2228460, at *2; *see also Strunk v. United States*, 412 U.S. 434, 435 (1973) (remanding case

for dismissal on speedy-trial grounds following guilty verdict). However, to seek relief in habeas Ms. Klegstad is required to first exhaust the remedies available to her in the state appellate courts. *See Swenson*, 2021 WL 2228460, at *2. Therefore, if construed as a request for dismissal of her indictment in *State v. Beske*, No. 60-CR-24-766 (Minn. Dist. Ct.), ground three of Ms. Klegstad's Petition is premature. For these reasons, Judge Foster's recommendation to deny Ms. Klegstad's Petition as to ground three will be accepted.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 15] as to ground three of Petitioner Jessica Marie Klegstad's Petition for Writ of Habeas Corpus is **ACCEPTED** subject to the explanation provided in this Order; and

2. Petitioner Klegstad's Petition for Writ of Habeas Corpus [ECF No. 1] is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 13, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court